AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Trimble, Jr., James T. | U.S. District Court for the Western District of Louisiana | 10/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Senior District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court for the Western District of Louisiana
P.O. Box 1031
Alexandria, LA 71309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cal. Fed. Emp. Credit Union (Savings Acct) | A | Interest | J | T | | | | | |
| 2. Capital One | A | Interest | L | T | | | | | |
| 3. Raintree Assoc, Ltd Partnership | | None | J | W | | | | | |
| 4. U.S. Savings Bonds - Series EE | | None | K | T | | | | | |
| 5. Exxon Corp. Stock | B | Dividend | L | T | | | | | |
| 6. Equitable Life (S. Prem) | | None | K | T | | | | | |
| 7. Barksdale Federal Credit Union | A | Interest | J | T | | | | | |
| 8. Fidelity Portfolio Advisory Service IRA | | None | M | T | | | | | |
| 9. -FIDELITY MONEY MARKET (SPRXX) | | | | | | | | | |
| 10. -ASTON/MONTAG & CALDWELL GROWTH CL N (MCGFX) (Y) | | | | | | | | | |
| 11. -CREDIT SUISSE COMMD RETRN STRTGY COM SHR (CRSOX) | | | | | | | | | |
| 12. -CRM MID CAP VALUE INVESTOR SHARES (RMMX) (Y) | | | | | | | | | |
| 13. -FIDELITY CAPITAL & INCOME (FAGIX) | | | | | Sold (part) | 4/14/11 | J | A | |
| 14. -FIDELITY HIGH INCOME (SPHIX) | | | | | Sold (part) | 4/14/11 | J | A | |
| 15. -FIDELITY INT'L DISCOVERY (FIGRX) | | | | | | | | | |
| 16. -FIDELITY SELECT GOLD (FSAGX) | | | | | | | | | |
| 17. -FIDELITY STRATEGIC ADVISERS CORE FUND (FCSAX) | | | | | Buy (add'l) | 8/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 9/14/11 | J | A | |
| 19. -STRATEGIC ADVISERS VALUE FUND (FVSAX) | | | | | | | | | |
| 20. -FIDELITY TOTAL BOND (FTBFX) | | | | | Sold (part) | 8/10/11 | J | A | |
| 21. -FIMM MMKT PORT INST CL (FNSXX) | | | | | Buy (add'l) | 4/14/11 | J | | |
| 22. -JOHN HANCOCK CLASSIC VALUE CL A (PZFVX) (Y) | | | | | | | | | |
| 23. -JOHN HANCOCK US GLBL LEADERS GROWTH CL A (USGLX) (Y) | | | | | | | | | |
| 24. -LEGG MASON CBA LARGE CAP GROWTH A (SBLGX) (Y) | | | | | | | | | |
| 25. -MARSICO FOCUS (MFOCX) (Y) | | | | | | | | | |
| 26. -MERGER FUND (MERFX) | | | | | | | | | |
| 27. -METROPOLITAN WEST LOW DURATION M (MWLDX) | | | | | | | | | |
| 28. -PAS INCOME OPPORT FUND OF FUNDS (FPIOX) (SEE NOTE) | | | | | | | | | |
| 29. -PIMCO COMMODITY REAL RET STRAT ADMIN CL (PCRRX) | | | | | | | | | |
| 30. -PIMCO HIGH YIELD ADMINISTRATIVE SHS (PHYAX) | | | | | | | | | |
| 31. -PIMCO SHORT TERM ADMINISTRATIVE SHS | | | | | Buy (add'l) | 9/14/11 | J | | |
| 32. -PIMCO TOTAL RETURN ADMINISTRATIVE SHS (PTRAX) | | | | | Sold (part) | 8/10/11 | J | A | |
| 33. -SELECTED AMERICAN SHARES CL S (SLASX) (Y) | | | | | | | | | |
| 34. -STRATEGIC ADVISERS CORE INCOME FUND (FPCIX) | | | | | Buy (add'l) | 4/14/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 8/10/11 | J | | |
| 36. | | | | | Buy (add'l) | 9/14/11 | J | | |
| 37. -STRATEGIC ADVISERS EMERGING MARKETS (FSAMX) | | | | | | | | | |
| 38. -STRATEGIC ADVISERS GROWTH FUND (FSGFX) | | | | | Buy (add'l) | 8/10/11 | J | | |
| 39. -STRATEGIC ADVISERS INCOME OPPORTUNITIES (FPIOX) | | | | | Buy (add'l) | 4/14/11 | J | | |
| 40. -STRATEGIC ADVISERS INTERNATIONAL FUND (FILFX) | | | | | Buy (add'l) | 8/10/11 | J | | |
| 41. -STRATEGIC ADVISERS SMALL MID CAP FD (FSCFX) | | | | | Sold (part) | 9/14/11 | J | A | |
| 42. -STRATEGIC ADVISERS US OPPTY FUND (FUSOX) | | | | | | | | | |
| 43. -STRATEGIC ADVISERS VALUE FUND | | | | | Sold (part) | 4/14/11 | J | A | |
| 44. | | | | | Sold (part) | 9/14/11 | J | A | |
| 45. -T ROWE PRICE EQUITY INCOME ADVISOR CL (PAFDX) | | | | | | | | | |
| 46. -T ROWE PRICE HIGH YIELD ADVISOR CL (PAHIX) | | | | | Sold (part) | 4/14/11 | J | A | |
| 47. -TEMPLETON GLOBAL BOND CLASS A (TPINX) | | | | | | | | | |
| 48. -VICTORY DIVERSIFIED STOCK CLASS A (SRVEX) (Y) | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. LPL FINANCIAL IRA | E | Int./Div. | M | T | | | | | |
| 53. -AMER BALANCED FUND INC CL A (ABALX) | | | | | | | | | |
| 54. -BLACKROCK NATURAL RESOURCES TRUST CLASS A (MDGRX) | | | | | | | | | |
| 55. -CAPITAL WORLD GROWTH & INCOME FUND INC CL A (CWGIX) | | | | | | | | | |
| 56. -EURO PACIFIC GROWTH FD CL A (AEPGX) | | | | | | | | | |
| 57. -FAIRPOINT COMMUNICATIONS INC (FRCMQ) | | | | | | | | | |
| 58. -FIRST EAGLE FUNDS INC OVERSEAS FUND CLASS A (SGOVX) | | | | | | | | | |
| 59. -FRONTIER COMMUNICATIONS CORP | | | | | | | | | |
| 60. -INTREPID CAP MANAGEMENT FUNDS TRUST SMALL CAP FD (ICMAX) | | | | | | | | | |
| 61. -SMALLCAP WORLD FD INC CL A (SMCWX) | | | | | | | | | |
| 62. -VERIZON COMMUNICATIONS INC (VZ) | | | | | | | | | |
| 63. -WASHINGTON MUTUAL INC (WAMUQ) | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. --LPL INVESTMENT ACCOUNT-- | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. LPL INVESTMENT CASH ACCOUNT, DISCOVER BANK | A | Interest | J | T | | | | | |
| 69. AIM TAX EXEMPT FDS INC TAX FREE INTER FD CL A3 (ATFAX) | A | Dividend | | | Sold | 4/11/11 | J | | |
| 70. BURNHAM INVESTORS TR FINANCIAL INDUSTRIES FD CL A (BURFX) | A | Dividend | J | T | | | | | |
| 71. CITIGROUP INC (C) | | None | J | T | | | | | |
| 72. FIDELITY SELECT PORT ADV CONSUMER STAPLES FD CL A (FDAGX) | A | Dividend | J | T | | | | | |
| 73. GENERAL ELECTRIC COMPANY (GE) | A | Dividend | J | T | | | | | |
| 74. HANCOCK JOHN INVT TR LARGE CAP EQUITY FD CL A (TAGRX) | A | Dividend | K | T | | | | | |
| 75. MURPHY OIL CORP (MUR) | A | Dividend | J | T | Buy (add'l) | 1/6/11 | K | | |
| 76. PRINCIPAL FUND INC HIGH YIELD FUND CLASS A (CPHYX) | B | Dividend | K | T | | | | | |
| 77. COLUMBIA FDS SER TR . II MA SELIGMAN COMMS & INFO FUND CL A | | None | J | T | | | | | |
| 78. FIDELITY ADV SER VII TECHNOLOGY FD CL A (FADTX) | A | Dividend | J | T | Buy | 1/11/11 | J | | |
| 79. ISHARES TRUST S&P 500 INDEX FD | A | Dividend | J | T | Buy | 1/12/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trimble, Jr., James T. | 10/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James T. Trimble, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544